UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,

Plaintiff,

-v-

STATE OF NEW YORK, et al.,

Defendants.

25-CV-8510 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action against the Metropolitan Transportation Authority ("MTA"), the MTA Police Department, and several MTA police officers for alleged violations of his rights under the First, Fourth, and Fourteenth Amendments and various state law torts. ECF No. 32. Defendants have a fully briefed motion to dismiss the Complaint. *See* ECF Nos. 34-36, 40-42. On May 8, 2026, Defendants filed a motion to stay discovery "in the interests of justice and efficiency." ECF No. 44 ("Motion" or "Mot."). Plaintiff opposes this motion. ECF No. 45. For the reasons stated below, the Motion is **DENIED**.

"A motion to dismiss does not automatically stay discovery," and "discovery should not be routinely stayed simply on the basis that a motion to dismiss has been filed." *Hong Leong Finance Ltd. (Singapore) v. Pinnacle Performance Ltd.*, 297 F.R.D. 69, 72 (S.D.N.Y. 2013) (citations omitted). Pursuant to Federal Rule of Civil Procedure 26(c)(1), "upon a showing of good cause a district court has considerable discretion to stay discovery." *Id.* (quoting *Integrated Sys. & Power, Inc. v. Honeywell Int'l, Inc.*, 2009 WL 2777076, at *1 (S.D.N.Y. 2009)). Good cause for a stay of discovery while a motion to dismiss is pending is assessed through the application of the following three factors: "whether a defendant has made a strong showing that

the plaintiff's claim is unmeritorious, (2) the breadth of discovery and the burden of responding to it, and (3) the risk of unfair prejudice to the party opposing the stay." *Nielsen Co. (US) LLC v. TVSquared LTD*, No. 23-CV-1581 (VSB), 2023 WL 4363005, at *1 (S.D.N.Y. July 6, 2023); *see also Shulman v. Becker & Poliakoff, LLP*, No. 17-CV-9330 (VM)(JLC), 2018 WL 4938808, at *2 (S.D.N.Y. Oct. 11, 2018). "The burden of showing good cause . . . falls on the party seeking the order" for a stay of discovery. *Republic of Turkey v. Christie's, Inc.*, 316 F. Supp. 3d 675, 677 (S.D.N.Y. 2018) (citation omitted).

Defendants' Motion addresses none of these three factors, asserting only that "the first amended complaint asserts a wide range of claims arising from different incidents," and Defendants' pending motion "raises separate grounds for dismissal of particular claims and parties." Mot. The stated reasons do not establish good cause for a stay under Rule 26 and are thus insufficient bases to satisfy Defendants' burden.

Accordingly, the motion to stay is DENIED. The Clerk of Court is directed to terminate ECF No. 44.

SO ORDERED.

Dated: May 18, 2026
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2