**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Emmanuel Obiagwu,**

**Plaintiff,**

**-against-**

**State of New York, et al.,**

**Defendants.**

**1:25-cv-08510 (JAV)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, September 14, 2026 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, September 8, 2026, as Monday, September 7, 2026 is a court holiday).

**SO ORDERED.**

Dated: New York, New York
July 27, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge